```
 1 │ GEORGE S. CARDONA
   │ Acting United States Attorney
 2 │ SANDRA R. BROWN
   │ Assistant United States Attorney
 3 │ Chief, Tax Division
   │ PAUL H. ROCHMES (SBN 077928)
 4 │ Assistant United States Attorney
   │     Federal Building, Suite 7211
 5 │     300 North Los Angeles Street
   │     Los Angeles, California  90012
 6 │     Telephone:  (213) 894-2413
   │     Facsimile:  (213) 894-0115
 7 │     E-mail: paul.rochmes@usdoj.gov
 8 │ Attorneys for United States of America
```



FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SACV10-00165 JVS (RNBx) |
| Petitioner, | ) [PROPOSED] |
| vs. | ) ORDER TO SHOW CAUSE |
| MELISSA FENNEMA, | ) |
| Respondent. | ) |

2010 FEB 10 PM 3:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

LODGED

Upon the Petition, the supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS") summons. See <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964); see also, <u>Crystal v. United States</u>, 172 F.3d 1141, 1143-44 (9th Cir. 1999); <u>United States v. Jose</u>, 131 F.3d 1325, 1327 (9th Cir. 1997); <u>Fortney v. United States</u>, 59 F.3d 117, 119-20 (9th Cir. 1995) (the Government's prima facie case is typically

1 made through the sworn declaration of the IRS agent who issued
2 the summons); accord, <u>United States v. Gilleran</u>, 992 F.2d 232,
3 233 (9th Cir. 1993).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, in Courtroom No. *10C*,

☐ United States Courthouse
312 North Spring Street, Los Angeles, California, 90012

☐ Roybal Federal Building and United States Courthouse
255 E. Temple Street, Los Angeles, California, 90012

☑ Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Santa Ana, California, 92701

☐ Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California, 92501

on March 29, 2010 at *11:0A* .m., and show cause why the testimony and production of books, papers, records, and other data demanded in the subject Internal Revenue Service summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or the United States Attorney's Office, by personal delivery or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a

response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This 17th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

GEORGE S. CARDONA
Acting United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
PAUL H. ROCHMES
Assistant United States Attorney
Attorneys for Petitioner
United States of America